UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES AT 1285 SWEET HOME ROAD, CUMBERLAND FURNACE, TENNESSEE | Case No. 21-MJ-2654 |

## ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Search Warrant and attachments thereto, Application for Search Warrant and attachments thereto, and Affidavit in Support of said Search Warrant filed in the above-styled case and any subsequently filed Return and Inventory shall be unsealed.

_____
United States Magistrate Judge

January 11, 2021
DATE